```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 00345
   VANESSA HENRY
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
              Debtor
     SSN XXX-XX-8104


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/05/05 and confirmed on 02/28/05.

     2.  The case was converted to Chapter 7 after confirmation, 01/15/2008.

     3.  The Debtor paid a total of $  11745.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
NPS                        SECURED            7996.91         750.44        7809.04
BRITTANY WOODS APTS        UNSECURED        NOT FILED            .00            .00
UCB                        UNSECURED             251.00          .00            .00
CHARTER ONE BANK NA        UNSECURED            1172.35          .00            .00
COMED                      UNSECURED        NOT FILED            .00            .00
FINANCIAL RECOVERY SERVI   UNSECURED        NOT FILED            .00            .00
EUNICE SACHS & ASSOC       UNSECURED        NOT FILED            .00            .00
FAMILY CHRISTIAN HEALTH    UNSECURED        NOT FILED            .00            .00
HARLEM FURNITURE           UNSECURED        NOT FILED            .00            .00
HEARTLAND CARDIOLOGIST C   UNSECURED        NOT FILED            .00            .00
VAN RU CREDIT              UNSECURED        NOT FILED            .00            .00
MIDWEST EMERGENCY ASSOCI   UNSECURED        NOT FILED            .00            .00
YELLOW BOOK OF ILLINOIS    UNSECURED        NOT FILED            .00            .00
WILLIAM CREVIER MD         UNSECURED        NOT FILED            .00            .00
CAVALRY INVESTMENTS LLC    UNSECURED           11304.81          .00            .00
PELLETTIERI & ASSOC        UNSECURED             999.63          .00            .00
              Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  7996.91          .00      13727.79          .00       21724.70
PRINCIPAL PAID      7809.04          .00           .00          .00        7809.04
INTEREST PAID        750.44          .00           .00          .00         750.44
TOTAL PAID          8559.48          .00           .00          .00        8559.48
The Debtor's attorney, MELVIN J KAPLAN             , was allowed $    2700.00
and was paid $   2700.00 .

The Trustee received $     485.52 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE










                                PAGE   2
       CASE NO. 05 B 00345 VANESSA HENRY